NO. 07-01-0471-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

APRIL 18, 2002

_____


SCOTT MAPLES, RACHEL MAPLES AND TBA, INC., APPELLANTS

V.

MUSCLETECH, INC., APPELLEE


_____

FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2001-515,088; HONORABLE J. BLAIR CHERRY, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellants Scott Maples, Rachel Maples, and TBA, Inc. appealed from a temporary injunction entered by the trial court in an action brought by Muscletech, Inc. to recover damages for breach of a license agreement and violation of a covenant not to compete, negligent misappropriation of trade secrets, and tortuous interference with contractual and business relations. However, appellants have now filed a motion to dismiss their appeal,

asserting that the issues presented for review have been fully compromised and settled by the parties.

The motion has been filed prior to the rendition of an opinion, and it complies with the requirements of Texas Rule of Appellate Procedure 42.1(2). Thus, the motion is granted.

Accordingly, this appeal is hereby dismissed. Because this dismissal is at the request of appellants, no motion for rehearing will be entertained, and our mandate will issue forthwith.

John T. Boyd
Chief Justice

Do not publish.